In the Matter of JAMES A. DELEHANTY, as Third Deputy Police Commissioner of the City of New York, Respondent. CHARLES GOUBEAUD, Appellant.

Argued September 8, 1952; decided September 8, 1952.

*Sydney Rosenthal* and *Keal Kaufman* for appellant.

*Denis M. Hurley, Corporation Counsel (Seymour B. Quel, Victor J. Herwitz* and *Milton Mollen* for counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FULD, JJ. Dissenting: CONWAY, J. Not sitting: FROESSEL, J.